1  OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
2  DAVID RAIZMAN, CA Bar No. 129407
   david.raizman@ogletree.com
3  AMBER L. ROLLER, CA Bar No. 273354
   amber.roller@ogletree.com
4  J. NICHOLAS MARFORI, CA Bar No. 311765
   nicholas.marfori@ogletree.com
5  400 South Hope Street, Suite 1200
   Los Angeles, California 90071
6  Telephone: 213-239-9800
   Facsimile: 213-239-9045
7
   Attorneys for Defendant
8  UNIVERSAL STUDIOS HOLLYWOOD a
   registered DBA of UNIVERSAL CITY STUDIOS
9  LLC (erroneously sued as "UNIVERSAL CITY
   SUDIOS LLC")
10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAUL VARGAS, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNIVERSAL STUDIOS HOLLYWOOD; UNIVERSAL CITY SUDIOS LLC; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No. 2:22-cv-4337<br><br>**DEFENDANT UNIVERSAL CITY STUDIOS LLC'S NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT**<br><br>[*Filed concurrently with Civil Cover Sheet and Corporate Disclosure Statement and Certificate of Interested Parties*]<br><br>Complaint Filed: May 23, 2022<br>Trial Date:　　　None<br>District Judge:　 Hon. _____ |

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO PLAINTIFF RAUL VARGAS AND HIS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** defendant Universal City Studios LLC, and its registered DBA Universal Studios Hollywood, (erroneously sued as "Universal Studios Hollywood and Universal City Sudios LLC") ("Defendant") removes this action from the Los Angeles County Superior Court to the United States District Court for the Central District of California pursuant to 28 U.S.C. §§ 1331, 1367(a), 1441(a) and (c), and 1446, because the action filed by plaintiff Raul Vargas ("Plaintiff") presents a federal question by asserting claims under the Americans With Disabilities Act of 1990 ("ADA") [42 U.S.C. §§ 12101, *et seq*.]. These facts were true at the time the Complaint in this matter was filed and remain true as of the date of the filing of this notice of removal, as more fully set forth below:

## I.   THE STATE COURT ACTION

On or about May 23, 2022, Plaintiff filed his Complaint, entitled *Raul Vargas v. Universal Studios Hollywood and Universal City Sudios LLC, and DOES 1 through 100 inclusive,* in the Superior Court of the State of California for the County of Los Angeles, Case No. 22STCV16953. The causes of action in the Complaint include: (1) violation of the Americans with Disabilities Act of 1990 ("ADA"); (2) violation of the Unruh Civil Rights Act, California Civil Code section 51 e*t seq*. ("Unruh Act"); (3) violation of the Disabled Persons Act, California Civil Code section 54 *et seq*. ("DPA"); (4) negligence; (5) false imprisonment; and (6) intentional infliction of emotional distress. On May 27, 2022, Plaintiff completed service of process on Defendant by leaving the Summons and Complaint with Defendant's registered agent for service of process. *See* Cal. Code Civ. Proc. § 415.10. A true and correct copy of the Complaint is attached to this Notice of Removal as **Exhibit A**. On June 22, 2022, Defendant filed its Answer to Plaintiff's

Complaint. A true and correct copy of Defendant's Answer to the Complaint is attached to this Notice as **Exhibit B**.

Plaintiff named Universal Studios Hollywood and Universal City Studios LLC (erroneously sued as "Universal City Sudios LLC") as the defendants in the Complaint, and he has not yet identified any of the fictitious "Doe" defendants named in the Complaint. Universal Studios Hollywood is a registered DBA of Universal City Studios LLC, and not a separate entity.

In accordance with 28 U.S.C. § 1446(a), this Notice of Removal is filed in the United States District Court for the Central District of California, which is the district court within which the action is pending. The Superior Court is located within the Central District of California. Therefore, venue is proper in this Court pursuant to 28 U.S.C. § 84(c)(1) to the extent it is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

## II. REMOVAL IS TIMELY

Each defendant in a civil action has thirty (30) days from the date it is validly served with a Summons and Complaint to remove the action to federal court. 28 U.S.C. § 1446(b); *see Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 347-48 (1999); *Destfino v. Reiswig*, 630 F.3d 952, 956 (9th Cir. 2011). This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b) and Rule 6 of the Federal Rules of Civil Procedure in that Defendant was originally served with a copy of the Complaint on May 27, 2022 (*see* Cal. Code Civ. Proc. § 415.20), no more than thirty (30) days before the filing of this Notice.

The consent of fictitious "Doe" defendants is not required because they have not been served. *Destfino*, 630 F.3d at 957. Thus, all defendants who have been properly served in this action have consented to this removal. Therefore, this Notice of Removal is timely.

## III. FEDERAL QUESTION JURISDICTION EXISTS UNDER 28 U.S.C. § 1441(B) AND (C)

This action is one over which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441(a), in that it arises under a federal statute, namely, the ADA [42 U.S.C. §§ 12101, *et seq*.].

Plaintiff's first cause of action alleges violations of the ADA [42 U.S.C. §§ 12101, *et seq*.]. (Ex. A, Complaint ¶¶ 24-33.) Accordingly, Plaintiff's lawsuit is removable to this Court because there is federal question jurisdiction. *See Emich v. Touche Ross & Co.*, 846 F.2d 1190, 1196 (9th Cir. 1988).

Pursuant to 28 U.S.C. § 1367, this Court has the discretion to exercise supplemental jurisdiction over the state law claims in Plaintiff's Complaint because the state law claims are transactionally-related to Plaintiff's ADA cause of action. The state law claims derive from the same common nucleus of operative facts as the federal claim. *See United Mine Workers of America v. Gibbs*, 383 U.S. 715, 725 (1966); *Emich*, 846 F.2d at 1196. More specifically, Plaintiff's claims under the Unruh Act and the Disabled Person's Act and his common law claims for negligence, false imprisonment, and intentional infliction of emotional distress are all based on the same allegations as Plaintiff's ADA claim that Plaintiff was subjected to discrimination because of his disability due to Defendant's failure to provide an accessible route of travel for persons who use wheelchairs at the Universal Studios Hollywood theme park in Universal City, California. (*See* Complaint ¶¶ 17-23, 35-39, 45-47, 55, 63, 70.) Accordingly, exercising supplemental jurisdiction over Plaintiff's state law claims is appropriate.

## IV. ALL PROCEDURAL REQUIREMENTS HAVE BEEN MET

Pursuant to 28 U.S.C. §1446(d), Defendant will give written notice of the removal of this action to all parties and will file a copy of that Notice with the Superior Court of California, County of Los Angeles. True and correct copies of the

notice to Plaintiff and to the state court will be filed promptly in this Court. In accordance with 28 U.S.C. § 1446(a), this Notice of Removal is accompanied by **Exhibit C**, which is a copy of all process, pleadings, and orders served upon Defendant in this action.

## V. CONCLUSION

Because this civil action presents a federal question, Defendant respectfully requests that this Court exercise its removal jurisdiction over this action.

In the event this Court has a question regarding the propriety of this Notice of Removal, Defendant requests that it issue an Order to Show Cause so that it may have an opportunity to more fully brief the Court on the basis for this removal.

Respectfully submitted,

DATED: June 24, 2022

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ J. Nicholas Marfori
David Raizman
Amber L. Roller
J. Nicholas Marfori

Attorneys for Defendant
UNIVERSAL STUDIOS HOLLYWOOD a registered DBA of UNIVERSAL CITY STUDIOS LLC (erroneously sued as "UNIVERSAL CITY SUDIOS LLC")

# PROOF OF SERVICE
## *Raul Vargas v. Universal Studios Hollywood, et al.*
### Case No. 2:22-cv-4337

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Los Angeles, in the office of a member of the bar of this court at whose direction the service was made. My business address is 400 South Hope Street, Suite 1200, Los Angeles, CA 90071.

On **June 24, 2022**, I served the following document(s):

**DEFENDANT UNIVERSAL CITY STUDIOS LLC'S NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT**

by placing ☐ (the original) ☒ (a true copy thereof) in an email and/or sealed envelope addressed as stated on the attached mailing list.

☒ **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒ **BY CM/ECF:** With the Clerk of the United States District Court of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System.

## SERVICE LIST

| | |
|---|---|
| Silvia E. Luna, Esq.<br>LUNA LEGAL FIRM<br>16501 Ventura Blvd., Suite 400<br>Encino, California 91436 | *Attorneys for Plaintiff*<br>RAUL VARGAS<br>Telephone: (213) 444-6736<br>Facsimile: (213) 210-2694<br>Email: sluna@lunalegalfirm.com |

☒ **(Federal)** I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **June 24, 2022**, at Los Angeles, California.

CHEREE L. CASTILLE                                     /s/ Cheree L. Castille
Type or Print Name                                       Signature