1   LUNA LEGAL FIRM
    SILVIA E. LUNA, CA Bar No. 315077
2   sluna@lunalegalfirm.com
    16501 Ventura Blvd., Suite 400
3   Encino, CA 91436
    Telephone: (213) 444-6196
4   Facsimile: (213) 210-2694

5   Attorneys for Plaintiff
    RAUL VARGAS
6
7   OGLETREE, DEAKINS, NASH,
    SMOAK & STEWART, P.C.
    DAVID RAIZMAN, CA Bar No. 129407
8   david.raizman@ogletree.com
    AMBER L. ROLLER, CA Bar No. 273354
9   amber.roller@ogletree.com
    J. NICHOLAS MARFORI, CA Bar No. 311765
10  nicholas.marfori@ogletree.com
    400 South Hope Street, Suite 1200
11  Los Angeles, California  90071
    Telephone:   213-239-9800
12  Facsimile:   213-239-9045

13  Attorneys for Defendant
    UNIVERSAL STUDIOS HOLLYWOOD, a
14  registered DBA of UNIVERSAL CITY
    STUDIOS LLC (erroneously sued as
15  "UNIVERSAL CITY SUDIOS LLC")

16              **UNITED STATES DISTRICT COURT**

17              **CENTRAL DISTRICT OF CALIFORNIA**

18
19  RAUL VARGAS, an individual,          Case No. 2:22-cv-04337 FLA (SKx)

20          Plaintiff,                   **JOINT NOTICE OF SETTLEMENT**

21      v.
                                         Removal Date:    June 24, 2022
22  UNIVERSAL STUDIOS                    Complaint Filed: May 23, 2022
    HOLLYWOOD; UNIVERSAL CITY            Trial Date:      None
23  SUDIOS LLC; and DOES 1 through       District Judge:  Hon. Fernando L.
    100, inclusive,                                       Aenlle-Rocha
24                                                        Courtroom 6B, First St.
            Defendants.                  Magistrate Judge: Hon. Steve Kim
25                                                        Courtroom 540, Roybal
26
27
28
                                                    Case No. 2:22-cv-04337 FLA (SKx)

**TO THIS HONORABLE COURT:**

Plaintiff Raul Vargas and defendant Universal Studios Hollywood, a registered dba of Universal City Studios LLC (erroneously sued as "UNIVERSAL CITY SUDIOS LLC") (collectively, the "Parties") hereby jointly notify the Court that a settlement has been reached in the above-captioned case.

The Parties would like to avoid any additional expense and further the interests of judicial economy.  Therefore, the Parties apply to this honorable Court to vacate all currently set dates (**including the August 19, 2022 Scheduling Conference**) and deadlines with the expectation that the Joint Stipulation for Dismissal with prejudice as to the entire case will be filed within 60 days.

Respectfully submitted,

DATED: August 9, 2022

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ *Amber L. Roller*
David Raizman
Amber L. Roller
J. Nicholas Marfori

Attorneys for Defendant UNIVERSAL STUDIOS HOLLYWOOD, a registered DBA of UNIVERSAL CITY STUDIOS LLC (erroneously sued as "UNIVERSAL CITY SUDIOS LLC")

DATED: August 9, 2022

LUNA LEGAL FIRM

By: /s/*Silvia E. Luna*
Silvia E. Luna

Attorneys for Plaintiff
Raul Vargas

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### <u>Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)</u>

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Amber L. Roller, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Date:  August 9, 2022                           By:     /s/ *Amber L. Roller*
                                                          Amber L. Roller