LUNA LEGAL FIRM
SILVIA E. LUNA, CA Bar No. 315077
sluna@lunalegalfirm.com
16501 Ventura Blvd., Suite 400
Encino, CA 91436
Telephone: (213) 444-6196
Facsimile: (213) 210-2694

Attorneys for Plaintiff
RAUL VARGAS

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
DAVID RAIZMAN, CA Bar No. 129407
david.raizman@ogletree.com
AMBER L. ROLLER, CA Bar No. 273354
amber.roller@ogletree.com
J. NICHOLAS MARFORI, CA Bar No. 311765
nicholas.marfori@ogletree.com
400 South Hope Street, Suite 1200
Los Angeles, California  90071
Telephone:  213-239-9800
Facsimile:   213-239-9045

Attorneys for Defendant
UNIVERSAL STUDIOS HOLLYWOOD, a registered DBA of UNIVERSAL CITY STUDIOS LLC (erroneously sued as "UNIVERSAL CITY SUDIOS LLC")

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL VARGAS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSAL STUDIOS HOLLYWOOD; UNIVERSAL CITY SUDIOS LLC; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:22-cv-04337 FLA (SKx)<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. PROC. RULE 41(A)(1)(A)(II)**<br><br>Removal Date:     June 24, 2022<br>Complaint Filed: May 23, 2022<br>Trial Date:             None<br>District Judge:      Hon. Fernando L. Aenlle-Rocha<br>                                Courtroom 6B, First St.<br>Magistrate Judge: Hon. Steve Kim<br>                                Courtroom 540, Roybal |

Case No. 2:22-cv-04337 FLA (SKx)
JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE
PURSUANT TO FED. R. CIV. PROC. RULE 41(A)(1)(A)(II)

**TO THIS HONORABLE COURT:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Raul Vargas ("Plaintiff") and defendant Universal Studios Hollywood, a registered dba of Universal City Studios LLC (erroneously sued as "Universal City Sudios LLC") ("Defendant"), hereby stipulate that this action may be dismissed in its entirety with prejudice as to all parties. Each party shall bear his or its own attorneys' fees, expert fees, and costs.

Respectfully submitted,

DATED: September 15, 2022     OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: /s/ *J. Nicholas Marfori*
David Raizman
Amber L. Roller
J. Nicholas Marfori

Attorneys for Defendant
UNIVERSAL STUDIOS HOLLYWOOD, a registered DBA of UNIVERSAL CITY STUDIOS LLC (erroneously sued as "UNIVERSAL CITY SUDIOS LLC")


DATED: September 15, 2022     LUNA LEGAL FIRM


By: /s/*Silvia E. Luna*
Silvia E. Luna

Attorneys for Plaintiff
Raul Vargas

1

Case No. 2:22-cv-04337 FLA (SKx)
JOINT STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. PROC. RULE 41(A)(1)(A)(II)
52562954.v1-OGLETREE

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, J. Nicholas Marfori, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Date: September 15, 2022    By:  /s/ *J. Nicholas Marfori*
　　　　　　　　　　　　　　　　　J. Nicholas Marfori